ACCEPTED
01-14-00597-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
9/30/2015 2:21:58 PM
CHRISTOPHER PRINE
CLERK

NO. 01-14-00597-CR

| | | |
|---|---|---|
| JODY WAYNE WHELCHEL | § | IN THE FIRST DISTRICT |
| VS. | § | COURT OF APPEALS |
| THE STATE OF TEXAS | § | HOUSTON, TEXAS |

## STATE'S SECOND MOTION FOR EXTENSION OF TIME TO FILE THE STATE'S BRIEF

TO THE HONORABLE JUSTICES OF THE FIRST COURT OF APPEALS:

Pursuant to Texas Rule of Appellate Procedure 38.6(d), the State, by and through its District Attorney, 268th Judicial District, Fort Bend County, asks this Court to grant an extension of time to submit its appellate brief in the above-referenced cause. The State's appellate brief is being submitted with this motion.

Pursuant to Texas Rule of Appellate Procedure 10.5(b), the State provides the following information:

Current Deadline:                September 28, 2015

Length of Extension Sought:     Two days to September 30, 2015, or until the brief is filed

Number of Previous Extensions:  One

Facts reasonably explaining the need for an extension:

In the last thirty days, the undersigned assistant district attorney completed the State's reply brief in *State v. McGuire,* No. 01-14-01023; and the State's supplemental

1

answer in *Thomas-Harris*, Cause Nos. 13-DCR-064335 HC1 & 14-DCR-066576 HC1.

The undersigned also prepared a one-hour presentation and powerpoint for the attorneys in her office on making a better record and attended the video presentation of the 2015 Advanced Criminal Law Seminar.

The State's appellate brief is submitted with this motion. The State asks for an extension of time not for delay only, but to see that justice is done.

Respectfully submitted,

John F. Healey, Jr.
SBOT # 09328300
District Attorney, 268th Judicial District
Fort Bend County, Texas

/s/ Gail Kikawa McConnell
Gail Kikawa McConnell
SBOT # 11395400
Assistant District Attorney
301 Jackson Street, Room 101
Fort Bend County, Texas 77469
(281) 238-3205 / (281) 238-3340 (fax)
Gail.McConnell@fortbendcountytx.gov

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the State's appellate brief was served by certified mail, return receipt requested # 7013 0600 0002 2111 9991 on September 30, 2015, on Ms. Dawn Zell Wright, Attorney for Appellant, 812 Barrett Street, Richmond, Texas 77469.

/s/ Mattie Sanford
Mattie Sanford